JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NIKKI GIAVASIS,** ) | Case No. 2:14-cv-05588-PA-AS |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **PROGRESSIVE MANAGEMENT** ) | |
| **SYSTEMS,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 30th day of December, 2014.

_____
The Honorable Percy Anderson